CORNELIA RISLEY, Respondent, v. HERMAN W. MICHAELSON et al., Doing Business under the Name of MICHAELSON & SCHACKMAN CO., Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.